IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JACK L. MORGAN | § | |
| v. | § | CIVIL ACTION NO. 9:06cv247 |
| BNSF RAILWAY COMPANY | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Joint Motion for Dismissal (document #33) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Joint Motion for Dismissal (document #33) is **GRANTED**. The above-styled lawsuit is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**SIGNED** this the 6 day of **December, 2007.**

_____
Thad Heartfield
United States District Judge